MARY E. REILLEY et al., Respondents, *v.* CITY OF NEW YORK, Appellant.

Argued October 19, 1948; decided November 24, 1948.

*John P. McGrath, Corporation Counsel (W. Bernard Rich-land, Seymour B. Quel* and *Barbara Carroll* of counsel), for appellant.

*James G. Purdy* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.